(67 Hun, 651.)

### WATROUS, Respondent, v. DUELL, Appellant.

(Supreme Court, General Term, Fourth Department. February 23, 1893.)

Action by Jonathan L. Watrous against Richard C. Duell.

No opinion. Judgment and order reversed, and a new trial ordered, with costs to abide the event, unless the respondent shall within 20 days stipulate to modify the judgment and order by deducting therefrom $20.43, in which event the order and judgment, as so modified, are affirmed, without costs of the appeal to either party.

---

### BLAKELY, Respondent, v. SIRE, Appellant.

(Common Pleas of New York City and County, General Term. April 26, 1893.)

Appeal from eleventh district court.

Action by Endora Blakely against Myer S. Sire.

Argued before BOOKSTAVER and BISCHOFF, JJ.

A. J. Sire, for appellant.

J. M. Ferguson, for respondent.

No opinion. Judgment affirmed, with costs.

---

### BOEHNET, Respondent, v. PAGE, Appellant.

(Common Pleas of New York City and County, General Term. April 26, 1893.)

Appeal from fifth district court.

Action by David Boehnet against Phillip Page.

Argued before BOOKSTAVER and BISCHOFF, JJ.

Hoffman & Hoffman, for appellant.

F. C. Steffen, for respondent.

No opinion. Judgment reversed, with costs.

---

### BROWN, Respondent, v. BROWN, Appellant.

(Common Pleas of New York City and County, General Term. April 26, 1893.)

Appeal from eleventh district court.

Action by William T. Brown against George Brown.

Argued before BOOKSTAVER and BISCHOFF, JJ.

J. A. Burnham, for appellant.

D. M. Newburger, for respondent.

No opinion. Judgment reversed, new trial ordered, costs to appellant to abide the event.

---

### DOHRENWEND, Respondent, v. CAPOTE, Appellant.

(Common Pleas of New York City and County, General Term. April 26, 1893.)

Appeal from fourth district court.

Action by Gustav J. Dohrenwend against Alexander R. Capote.

Argued before BOOKSTAVER and BISCHOFF, JJ.

S. M. Provost, for appellant.

Grasmuck & Ostrander, for respondent.

No opinion. Judgment affirmed, with costs.